IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARBARA TREJO                                                                                    PLAINTIFF

v.                              CIVIL NO: 2:16-cv-2193-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                           DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion an Order, Defendant's Motion to Dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 29th day November 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE